UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMAL HOSSAIN AND SHAHLA HOSSAIN,

                  Plaintiffs,

-against-

MT. HAWLEY INSURANCE COMPANY,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/23/2025__

25 Civ. 99 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Fact discovery closed on July 7, 2025. CMP ¶ 5, ECF No. 32. In addition, because Defendant Mt. Hawley Insurance Company's motion for judgment on the pleadings is pending briefing, *see* ECF No. 36, and the parties did not file a joint status report at least one week in advance of the case management conference as required, *see* CMP ¶ 16, the case management conference scheduled for July 28, 2025, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: July 23, 2025
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge